IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-192-JLK-BNB

SNOW PERFORMANCE, INC.,

                                      Plaintiff,

v.

DANIEL LABONTE, an individual
LABONTE MOTORSPORTS, L.L.C., a Virginia limited liability company
LABONTE MOTORSPORTS, L.L.C., an Illinois limited liability company

                                      Defendants.

**ORDER**

This matter is before the Court on Defendants' Motion to Stay Case (doc. #11), filed March 4, 2008. The Court has reviewed the motion and the Plaintiff's Status Report (doc. #10), also filed March 4, 2008. It is

ORDERED that the motion is GRANTED. This case is **STAYED** pending the termination of *Labonte, et al. v. Snow Performance, Inc.,* Case No. 07-C-50197, United States District Court for the Northern District of Illinois. It is

FURTHER ORDERED that on or before March 26, 2008, plaintiff shall Show Cause in writing why this civil action should not be transferred to the Norther District of Illinois. Defendant shall file a response within 15 days thereafter. The Motion for Extension of Time to File Answer (doc. #5) is denied as moot as the time to answer is tolled by the stay.

Done at Denver, Colorado this 6th day of March, 2008.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      UNITED STATES DISTRICT JUDGE