IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-192-JLK**

**SNOW PERFORMANCE, INC.**,

       Plaintiff,

v.

**DANIEL LABONTE, an individual**
**LABONTE MOTORSPORTS, L.L.C., a Virginia limited liability company**
**LABONTE MOTORSPORTS, .L.L.C., an Illinois limited liability company,**

       Defendants.

## ORDER

Kane, J.

Pursuant to the parties' Tolling and Standstill Agreement and the representations regarding settlement efforts set forth in Plaintiff's Response Conceding Defendants' Motion to Dismiss for Improper Venue, it is

ORDERED that Defendants' Motion to Dismiss (doc. #36), filed September 22, 2008, is GRANTED. This action is DISMISSED WITHOUT PREJUDICE.

Dated this 10th day of October, 2008.

                                          BY THE COURT:

                                          ***S/John L. Kane***
                                          John L. Kane, Senior Judge
                                          United States District Court